UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TIMOTHY BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 12-CV-3138 |
| | ) | |
| SHON ORRILL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

Plaintiff is proceeding pro se and is currently detained in the Rushville Treatment and Detention Center. This case is set for a conference on August 27, 2012, but the conference will be cancelled as unnecessary. All Defendants have been served, and there are no pending issues to discuss.

IT IS THEREFORE ORDERED:

1) The status conference set for August 27, 2012, is cancelled. The clerk is directed to notify Plaintiff's prison of the cancellation.

2) The parties are reminded of their option to consent to proceed before a U.S. Magistrate Judge. (*See* attached form). The Court recommends serious consideration of this option. Given this Court's heavy docket and full calendar of hearings and trials, consent to a U.S. Magistrate may result in a faster disposition

and trial date than this Court can provide.

    3) Defendants' Answers are due September 17, 2012.

    4) By October 15, 2012, the parties shall provide to each other the initial disclosures described in Fed. R. Civ. P. 26(a)(1)(i)-(ii).

    5) Discovery closes March 1, 2013.

    8) Dispositive motions are due April 1, 2013.

    9) Plaintiff's incarceration limits him to written discovery.  Written discovery must be served on a party at least 30 days before the discovery deadline.  Discovery requests and responses are not filed with the court, unless there is a dispute regarding such discovery.  See CDIL-LR 26.3.  Motions to compel discovery must be accompanied by the relevant portions of the discovery request and the response.  Additionally, except for good cause shown, motions to compel must be filed within 14 days of receiving an unsatisfactory response to a timely discovery request.

    10) A final pretrial conference is scheduled for November 18, 2013, at 1:30 p.m..  Defendants' counsel shall appear in person.  Plaintiff shall appear by video.  The parties are directed to submit an agreed, proposed final pretrial order at least 14 days before the final pretrial conference.

    11) The jury trial is scheduled on the Court's trailing trial calendar for , December 3, 2013, at 9:00 a.m. before this Court in Springfield, Illinois.  The

actual date for jury selection and jury trial will be finalized at the final pretrial conference.

ENTERED: August 24, 2012

FOR THE COURT:

                                        **s/Sue E. Myerscough**
                                        SUE E. MYERSCOUGH
                                        UNITED STATES DISTRICT JUDGE